United States Court of Appeals
For the District of Columbia Circuit

Wendell C. Robinson, et al :
:
Appellants :
:
v. :  Appeal No: 14-5046
:  USDC Case No: 12-0278
United States of America :
:
Appellee :

## APPELLANTS' STATEMENT ON DEFERRED APPENDIX

Comes now the Appellants, by and through undersigned counsel, and states with reference to the deferred appendix, states:

1. Appellants request, pursuant to Circuit Rule 30 ( c ), that the appendix be deferred until after the briefs have been filed.

Respectfully submitted,

*s/s Wendell C. Robinson*
Wendell C. Robinson
7600 Georgia Avenue, N.W., Suite 203
Washington, D.C. 20012
202-223-4470-Phone
202-223-9060-Fax
grindstonelaw@aol.com

1

## Certificate of Service

I certify that a copy of the statement regarding the deferred appendix, was mailed, postage, this 28th day of March 2014, to: John A. Nolet, Dept. of Justice Tax Appellant Division, P.O. Box 227, Washington, D.C. 20044 and sent vie this Court's electronic email system.

*Wendell C. Robinson*